UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPAZ SYSTEMS, INC., <br><br>　　　　　　Plaintiff, <br><br>　　vs. <br><br>RIGHT SIGNATURE LLC, ET AL., <br><br>　　　　　　Defendants. | CASE NO. CV 11-08929 RZ <br><br> ORDER DISMISSING ACTION |

　　　　The Court having received notice that the action has been settled,

　　　　IT IS ORDERED that the action is dismissed, subject to reopening within 60 days if settlement does not reach fruition.

　　　　DATED:　June 14, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RALPH ZAREFSKY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE